UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HOLLIS JOHNSON and DARRELL WOODS, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION FILE NO. 1:11-cv-03395-CAP |
| V. | § § | JURY TRIAL DEMANDED |
| AVION SYSTEMS, INC., | § § | |
| Defendant. | § § § | |

## STIPULATION OF DISMISSAL AS TO ALL CLAIMS

COME NOW Hollis Johnson, Juan Alvarado, Grant Darden, Lovell Singletary, Tekakenya and Shannon Stevens hereby announce to the Court that they are dismissing the present suit **with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. These parties have settled their claims and have agreed to this stipulation of dismissal.

Plaintiffs, Darrell Woods, Lee Small, Hampton Moore, Frederick Brown, Charles Jordan and Pierre Smith hereby announce to the Court that they are dismissing the present suit **without prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Because this Stipulation is being filed pursuant to Rule 41(a)(1)(A)(ii), no Court order is required or requested. The parties consider this entire matter close and request that the court take appropriate action to remove this case from its docket.

Respectfully submitted,

KENNEDY HODGES, L.L.P.

By:  /s/ Galvin B. Kennedy
     Galvin B. Kennedy
     Gkennedy@kennedyhodges.com
     Alabama Fed. Bar No. KENNG4359
     Texas State Bar No. 00796870
     711 W. Alabama St.
     Houston, TX 77006
     Telephone: (713) 523-0001
     Facsimile: (713) 523-1116

ATTORNEY IN CHARGE FOR PLAINTIFFS AND CLASS MEMBERS

and

By:  /s/ Theodore H. Lackland
     Theodore H. Lackland
     Lackland & Associates, LLC
     630 Village Trace, NE
     Building 15, Ste. C
     Marietta, GA 30067

ATTORNEY FOR DEFENDANT, AVION SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I certify that this document was served on all parties via the Northern District of Georgia's CM/ECF system on November 2, 2012.

                                            /s/ Galvin B. Kennedy
                                            Galvin B. Kennedy